**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Mary George  
Probation Officer: Patrick Lynch

Date: April 19, 2013

Interpreter: Susana Cahill

Criminal Action No.: 12-cr-00402-JLK

*Parties:*

*Counsel:*

UNITED STATES OF AMERICA,

Shana L. Martin

    Plaintiff,

v.

MANUEL DE JESUS NUNEZ-LOPEZ,

Brian R. Leedy

    Defendant.

---

**SENTENCING MINUTES**

---

**11:00 a.m.**    **Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing:**    **January 29, 2013.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

*12-cr-00402-JLK*
*Sentencing*
*April 19, 2013*

**ORDERED:   Motion For a Variant Sentence (Filed 4/5/13; Doc. No. 19) is GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**

Defendant is sentenced as to Count One of the Indictment to a term of time already served, subject to deportation.

**SUPERVISED RELEASE:**

No supervised release will be imposed.  Defendant shall be deported.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:16 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 16 minutes.